PLAINTIFF JAMES D. PERKINS

# $9,000 LAWSUIT

FILED
10/26/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:23-cv-01927-JPH-TAB

I am writting in reguards to this law suit I'm fileing

REASON BEING — Radiation from microwave 9 Inches away from (KIOS) computer screen that I half to be on for 6+ hours a day on the law library I'm not trying to call people or going to visits I'm claiming I half to be on computer screen which is 9 inches away from mouth which means the cancer causing microwave (Radation) cancer causing for hours at a time to me is worth no amount of money for money.

I'm sueing this county jail for 9,000 dollars for unknown amount of Radation which is cancer causing I have over hours, and weeks breathing this Hazardus harmful Radiation cancer causing materials 9 Inches away from breathing into lungs But then more I pray this court grants this class action lawsuit Do to I half to light case to be on law Library so cancer causing radatation is unclear how much I, or we all have breathed in I grieved this and had nothing

DEFENDANT === Bartholomew County Jail
PLAINTIFF JAMES DARRIN PERKINS

Complaint = Cancer causing radatition
Breathing IN Cancer particles placed
Inches from plantif JAMES D Perkins
mouth, and Every 1 Else