UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES DARRIN PERKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01927-JPH-TAB |
| | ) |
| BARTHOLOMEW COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 1/29/2024

Roger A.G. Sharpe, Clerk

BY: *Carina Weed*

Deputy Clerk, U.S. District Court

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JAMES DARRIN PERKINS
BARTHOLOMEW COUNTY JAIL
543 2nd Street
Columbus, IN 47201